ABEL GOTTHEIMER et al., Respondents, *v.* WALTER READE, SR., et al., Appellants, et al., Defendants.

Submitted May 16, 1949; decided May 26, 1949.

*Solomon Goodman* and *John J. Cutroneo* for motion.
*Samuel R. Gerstein* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.